IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL J. QUATTROCCHI and      )
JEANETTE M. QUATTROCCHI,        )
                                )
              Plaintiffs,       )        8:06CV535
                                )
         v.                     )
                                )
ALBERTO R. GONZALES, in his     )        ORDER
official capacity as United     )
States Attorney General;        )
UNITED STATES OF AMERICA;       )
FIRST MORTGAGE COMPANY,         )
L.L.C., an Oklahoma limited     )
liability company; WASHINGTON   )
MUTUAL, INC., a Washington      )
corporation; TIER ONE           )
CORPORATION; a Wisconsin        )
corporation; FIRST NEBRASKA     )
TITLE AND ESCROW CO., a         )
Nebraska corporation; and       )
COMMONWEALTH LAND TITLE         )
INSURANCE COMPANY, a            )
Pennsylvania corporation,       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on the stipulation and stipulated motion to substitute parties (Filing No. 17). The Court finds said stipulation and stipulated motion should be granted. Accordingly,

IT IS ORDERED:

1) The defendant Washington Mutual, Inc., is dismissed as a party to this action. Washington Mutual Bank, a federal savings association, shall be substituted as a defendant.

2) Washington Mutual Bank shall have two days following entry of this order to file a responsive pleading.

DATED this 18th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court