IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. QUATTROCCHI and JEANETTE M. QUATTROCCHI, | ) ) ) | 8:06CV535 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| ALBERTO R. GONZALES, In his official capacity as United States Attorney General; UNITED STATES OF AMERICA; FIRST MORTGAGE COMPANY, L.L.C., an Oklahoma limited liability company; WASHINGTON MUTUAL BANK, a federal savings association; TIER ONE CORPORATION, a Wisconsin corporation; FIRST NEBRASKA TITLE AND ESCROW CO., a Nebraska corporation; and COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 27).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, January 11, 2007, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 11th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court