IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHEAL J. QUATTROCCHI and JEANETTE M. QUATTROCCHI,<br><br>      Plaintiffs,<br>vs.<br><br>ALBERTO R. GONZALES, in his official capacity as United States Attorney General; UNITED STATES OF AMERICA; FIRST MORTGAGE COMPANY, L.L.C., an Oklahoma limited liability company; WASHINGTON MUTUAL BANK, a federal savings association; TIER ONE CORPORATION, a Wisconsin corporation; FIRST NEBRASKA TITLE AND ESCROW CO., a Nebraska corporation; and COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation,<br><br>      Defendants. | CIVIL ACTION NO. 8:06CV535<br><br><br><br><br><br><br><br>**ORDER OF JUDGMENT<br>AS TO THE FIRST AND THIRD<br>CAUSES OF ACTION** |

  THIS MATTER is before the Court on the January 5, 2007 stipulation of all the parties to the First and Third Causes of Action in the Complaint in the above-stated matter (the "Stipulation"). The Court, being duly advised in the premises, finds that the Stipulation should be sustained and approved, and that final judgment should be entered as to the First and Third Causes of Action according to the terms of the Stipulation.

  IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Stipulation is hereby sustained and approved.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED:

a.  The Plaintiffs are the fee simple owners of Lot 6, Block 8, Twinridge Addition, an Addition to the City of Omaha, Nebraska, as surveyed, platted, and recorded in Douglas County, Nebraska, more commonly known as 4323 Hickory Street (the "Real Estate") in joint tenancy with right of survivorship.

b.  The Real Estate is subject to the following liens of the Defendants in order of priority from highest to lowest:

   i.  first, a lien in favor of Defendant Washington Mutual Bank for the outstanding indebtedness secured by the WaMu Deed of Trust (as defined in the Stipulation), to a maximum of $128,028.80;

   ii.  second, a lien in favor of Defendant United States of America for the outstanding indebtedness on its August 6, 2003 Judgment (as defined in the Stipulation) recorded in instrument #2003157424 in the Douglas County, Nebraska Register of Deeds office, as set forth in the Stipulation;

   iii.  third, a lien in favor of Defendant Washington Mutual Bank for any remaining indebtedness secured by the WaMu Deed of Trust (as defined in the Stipulation) above $128,028.80; and

   iv.  fourth, a lien in favor of Defendant First Mortgage Company, L.L.C., for the outstanding indebtedness secured by the First Mortgage Deed of Trust (as defined in the Stipulation).

c.  Title to the Real Estate is quieted and confirmed in the Plaintiffs, subject to the liens as stated above.

   d.  Plaintiffs' prayer to enjoin the Defendants from asserting any claim of interest in the Real Estate is denied.

   e.  This Judgment is a final determination of the First and Third Causes of Action and resolves all disputes to which Defendants United States of America and Washington Mutual Bank are a party.

   DATED this 10th day of January, 2007.

          BY THE COURT:

          /s/ Lyle E. Strom

          _____
          U.S. District Court Judge, District of Nebraska

Jointly submitted by:

David D. Begley, #16795
406 North 130th Street, Suite 101
Omaha, Nebraska 68154
(402) 334-8848
(402) 334-3571 (Fax)
Attorney for Plaintiffs

Martin P. Pelster, #19223
David J. Skalka, #21537
Croker, Huck, Kasher, DeWitt, Anderson &
  Gonderinger, L.L.C.
2120 South 72nd Street, Suite 1200
Omaha, Nebraska 68124
(402) 391-6777
(402) 390-9221 (Fax)
Attorneys for Defendant Washington Mutual Bank


Robert J. Murray, #12995
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-7300

(402) 397-7824 (Fax)
Attorneys for Defendants First Mortgage Company,
L.L.C. and Tier One Corporation


Laurie M. Barrett, #17584
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700
(402) 661-3086 (Fax)
Attorney for Defendant United States of America