IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. QUATTROCCHI and JEANETTE M. QUATTROCCHI, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV535 |
| v. | ) ) | |
| FIRST MORTGAGE COMPANY, L.L.C., an Oklahoma limited liability company; TIER ONE CORPORATION, a Wisconsin corporation; FIRST NEBRASKA TITLE AND ESCROW CO., a Nebraska corporation; and COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court after conference with counsel. The Court finds the parties should brief the issue of the Court's jurisdiction which has been raised by the defendant Commonwealth Land Title Insurance Company. Accordingly,

IT IS ORDERED:

1) Plaintiff shall have until February 12, 2007, to file a brief supporting its claim that the Court has jurisdiction of this matter.

2) Defendants shall have until February 26, 2007, to file their briefs in opposition to the Court's jurisdiction.

DATED this 11th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court