IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. QUATTROCCHI and<br>JEANETTE M. QUATTROCCHI, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:06CV535 |
| v. | )<br>) | |
| FIRST MORTGAGE COMPANY,<br>L.L.C., an Oklahoma limited<br>liability company; TIER ONE<br>CORPORATION, a Wisconsin<br>corporation; FIRST NEBRASKA<br>TITLE AND ESCROW CO., a<br>Nebraska corporation; and<br>COMMONWEALTH LAND TITLE<br>INSURANCE COMPANY, a<br>Pennsylvania corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion to dismiss (Filing No. 38). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed without prejudice at plaintiffs' costs.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court