IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL J. QUATTROCCHI and    )
JEANETTE M. QUATTROCCHI,      )
                              )
            Plaintiffs,       )        8:06CV535
                              )
      v.                      )
                              )
FIRST MORTGAGE COMPANY,       )        ORDER
L.L.C., an Oklahoma limited   )
liability company; TIER ONE   )
CORPORATION, a Wisconsin      )
corporation; FIRST NEBRASKA   )
TITLE AND ESCROW CO., a       )
Nebraska corporation; and     )
COMMONWEALTH LAND TITLE       )
INSURANCE COMPANY, a          )
Pennsylvania corporation,     )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the motion of First Mortgage Company, L.L.C.'s motion to dismiss its cross-claim against First Nebraska Title and Escrow Co. (Filing No. 41). The Court has reviewed said motion and the response of First Nebraska Title and Escrow Company (Filing No. 41) and finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of First Mortgage Company, L.L.C.'s motion to dismiss its cross-claim against First Nebraska Title and Escrow Co. is granted.

DATED this 27th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court